FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2021

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S. AND J.R.S., CHILDREN**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

# O R D E R

The pro se appellant's motion for access to the appellate record is GRANTED. The Clerk of this court is instructed to promptly send appellant a copy of the clerk's record and reporter's record in this appeal for use in preparing an appellant's brief. Appellant's pro se motion for an extension of time to file the appellant's brief is also GRANTED. The pro se appellant's brief is due to be filed in this court *no later than twenty (20) days* from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court